# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ELKINO DENARDO DAWKINS,**

    Plaintiff,

vs.                                      Case No. 4:12cv483-RH/CAS

**FEDERAL BUREAU OF INVESTIGATION,**
**and the UNITED STATES TREASURY**
**DEPARTMENT,**

    Defendants.

_____/

## AMENDED REPORT AND RECOMMENDATION

    Plaintiff, who is pro se, submitted a civil rights complaint on September 17, 2012. Doc. 1. Plaintiff also filed a motion seeking leave to proceed in forma pauperis. Doc. 2. An Order and Report and Recommendation was entered on September 20, 2012, granting Plaintiff's in forma pauperis motion and recommending that this case be dismissed. Doc. 4. Plaintiff's copy of that ruling has been returned to the Court as undeliverable. Docs. 5, 6. Therefore, the recommendation for dismissal is amended to also recommend the case be dismissed for failure to prosecute as Plaintiff has not provided the Court with an address where legal mail can reach him.

    Federal law permits a United States District Court to dismiss a case filed in forma pauperis, if it is satisfied that the action is frivolous or malicious. The Supreme Court

has recognized two types of cases which may be dismissed, sua sponte, pursuant to 28 U.S.C. § 1915(d).  Neitzke v. Williams, 490 U.S. 319, 109 S. Ct. 1827, 1833, 104 L. Ed. 2d 338 (1989).  The first class are "claim(s) based on an indisputably meritless legal theory," and the second class contain "claims whose factual contentions are clearly baseless."  Id.  This case lacks both an arguable basis in law and presents a factual assertion that is groundless.

Plaintiff's complaint presents only one statement: "I'm suing the Department for it [sic] failure to pay its debt."  Doc. 1.  Plaintiff alleges no harm to himself from any alleged failure, and lacks standing to raise this claim.  Moreover, the claim is frivolous and no further action need be taken on this case.  This action should be summarily dismissed.

In light of the foregoing, it is respectfully **RECOMMENDED** that this action be **DISMISSED** for failure to state a claim upon which relief may be granted and because Plaintiff failed to provide a valid mailing address.

**IN CHAMBERS** at Tallahassee, Florida, on October 10, 2012.


 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:12cv483-RH/CAS